UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 18, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EDWIN HETHERTON,<br><br>Defendant. | Case No. 2:20-CR-00002-TLN-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **EDWIN HETHERTON,** Case No. 2:20-CR-00002-TLN-01, Charge **18 U.S.C. § 3606**, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): **TIME SERVED.**

Issued at Sacramento, California on February 18, 2021.

By: _____

District Judge Troy L. Nunley